UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GREG EDWARDS                                    CIVIL ACTION

VERSUS                                          NO. 14-1934

ROWAN COMPANIES, INC.                           SECTION "C"  (2)


<u>ORDER AND REASONS</u>

IT IS ORDERED that the motion for partial summary judgment filed by Rowan

Companies, Inc. is PARTIALLY GRANTED as to the punitive damage claims regarding

cure, gross negligence and/or unseaworthiness and PARTIALLY DENIED as to the

punitive damage claim regarding maintenance.  Rec. Doc. 15. A genuine issue of

material fact has been raised as to the last claim.  However, the Court will revisit the

issue at trial, if appropriate.

IT IS FURTHER ORDERED that the motion for partial summary judgment on

maintenance and cure filed by Rowan Companies, Inc. is PARTIALLY GRANTED as to

cure and PARTIALLY DENIED as to maintenance.  Rec. Doc. 17.  A genuine issue of

material fact as to the amount of maintenance has been raised.  However, the Court will

revisit the issue at trial, if appropriate.

IT IS ORDERED that the motion to strike jury filed by Greg Edwards is

GRANTED.  Rec. Doc. 25.  The Court adopts the reasoning of Judge Carl J. Barbier in

*Hogue v. Pride Offshore, Inc.*, 2009 WL 2762820 (E.D.La.).  At the time of the supplemental and amending complaint, the defendant had not appeared and its consent for leave to file was not required under Fed.R. Civ.P. 15.  The Court notes that there has been no affirmative showing that the parties are diverse.

New Orleans, Louisiana, this 18th day of March, 2015.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE